**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**



| UNITED STATES OF AMERICA, | CASE NO. 11CR3325-H |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ERIKA MILDRED SAN MIGUEL (1), | |
| Defendant. | |



IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the oral motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21 U.S.C. 952 and 960 - Importation of Methamphetamine

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5-1-12

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT